**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSHUA SCOTT (#228302), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 17-cv-8490 |
| v. ) | |
| ) | Judge Robert M. Dow, Jr. |
| SALVADOR RODRIGUEZ and ALICE ) | |
| TRACY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

By order dated January 30, 2018 [5], the Court dismissed Plaintiff's complaint for failure to state a colorable federal claim, granted leave to amend, and warned Plaintiff that failure to submit an amended complaint by March 2, 2018, would result in dismissal of this case for failure to state a claim. As of today's date, Plaintiff has neither complied nor otherwise communicated with the Court concerning this matter. Thus, for the reasons discussed in the Court's January 30, 2018 order, this case is dismissed for failure to state a claim. The dismissal of this case counts as a dismissal under 28 U.S.C. § 1915(g). See *Paul v. Marberry*, 658 F.3d 702, 704-05 (7th Cir. 2011). If Plaintiff accumulates three dismissals under § 1915(g), he will not be able to file an action in federal court (except as a petition for habeas corpus relief) without prepaying the filing fee unless he demonstrates that he is in imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

If Plaintiff wants to appeal this dismissal, he may file a notice of appeal with this Court within thirty days of the entry of judgment. Fed. R. App. P. 4(a)(1)(A). If Plaintiff chooses to appeal, he will be responsible for paying the $505 appellate filing fee irrespective of the appeal's outcome. *Evans v. Ill. Dep't of Corr.*, 150 F.3d 810, 812 (7th Cir. 1998). If the appeal is found to be non-meritorious, Plaintiff may accumulate another strike under 28 U.S.C. § 1915(g). Final judgment will enter. Civil case terminated.

Dated: March 28, 2018

_____
Robert M. Dow, Jr.
United States District Judge